# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

Greg Booth, Frank Jacobs, Robert Dussold, )
Douglas Martin, Eric Aschinger, and Daniel )
Schaeffer, THE TRUSTEES FOR THE IBEW, )
LOCAL NO. 1 HEALTH AND WELFARE )
FUND, et al., )
                                          )
    Plaintiffs, ) Case No.: 4:11-cv-1727-HEA
vs.                                       )
                                          )
ALL TYPE SERVICE AND INSTALLATION, LLC, )
                                          )
    Defendant. )

## DEFAULT JUDGMENT

This matter is before the Court on Plaintiffs' Motion for Default Judgment against Defendant, All Type Service and Installation, LLC.

After careful consideration of the motion and the record in this case, it appearing that the Defendant, All Type Service and Installation, LLC, has failed to plead or otherwise defend in this action;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendant, All Type Service and Installation, LLC in the amount of $22,818.06 in unpaid contributions; $6,076.90 in interest; $4,354.22 in liquidated damages; $1,873.40 in attorneys' fees and $400.00 in costs, plus post-judgment interest, attorneys' fees and costs incurred in connection with this case until the Judgment is fully satisfied.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendant, All Type Service and Installation, LLC, for a total amount of $35,532.57, plus post-judgment interest, attorneys' fees and costs incurred in connection with this case until the Judgment

has been fully satisfied.

_____
HONORABLE HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of December, 2011.

457765.WPD

2